AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Whaley, Robert H. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>07/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 283<br>Spokane, WA 99210-0283 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Whaley , Robert H.**

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. | -Core Cash Account | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | FRANKLIN TEMPLETON: | | | | | | | | | |
| 5. | -Templeton Developing Mrkts Trust Mut Fd | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | | |
| 7. | BNY MELLON: | | | | | | | | | |
| 8. | -Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | | |
| 10. | FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 11. | -NH 100% Equity Contribution | | None | J | T | Buy (add'l) | 01/29/10 | J | | |
| 12. | | | | | | Buy (add'l) | 02/26/10 | J | | |
| 13. | | | | | | Buy (add'l) | 03/31/10 | J | | |
| 14. | | | | | | Buy (add'l) | 04/29/10 | J | | |
| 15. | | | | | | Buy (add'l) | 05/28/10 | J | | |
| 16. | | | | | | Buy (add'l) | 06/30/10 | J | | |
| 17. | | | | | | Buy (add'l) | 07/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 19. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 20. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 21. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 22. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 23. | | | | | | | | | |
| 24. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 25. -NH 100% Equity Contribution | | None | J | T | Buy (add'l) | 01/29/10 | J | | |
| 26. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 27. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 28. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 29. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 30. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 31. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 32. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 33. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 34. | | | | | Buy (add'l) | 10/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 36. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 37. | | | | | | | | | |
| 38. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 39. -NH 100% Equity Contribution | | None | J | T | Buy (add'l) | 01/29/10 | J | | |
| 40. | | | | | Buy (add'l) | 02/26/10 | J | | |
| 41. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 42. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 43. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 44. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 45. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 46. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 47. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 48. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 49. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 50. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 53. -NH 100% Equity Contribution | | None | J | T | Buy | 03/31/10 | J | | |
| 54. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 55. | | | | | Buy (add'l) | 05/28/10 | J | | |
| 56. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 57. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 58. | | | | | Buy (add'l) | 08/31/10 | J | | |
| 59. | | | | | Buy (add'l) | 09/30/10 | J | | |
| 60. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 61. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 62. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 63. | | | | | | | | | |
| 64. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 65. -General Electric Common Stock | A | Dividend | K | T | Buy | 08/06/10 | K | | |
| 66. -Fidelity Int'l Discovery Fund | | None | | | Sold | 04/12/10 | K | D | |
| 67. -Fidelity Canada Mutual Fund | A | Dividend | L | T | | | | | |
| 68. -Fidelity New Markets Income Mutual Fund | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Spartan Int'l Index Investor Class Mutual Fund | | None | | | Sold | 04/12/10 | K | | |
| 70. -Fidelity Capital & Income Mutual Fund | C | Dividend | L | T | Sold (part) | 12/07/10 | J | A | |
| 71. -Fidelity Low Priced Stock Mutual Fund | | None | | | Sold | 04/12/10 | K | C | |
| 72. -Fidelity Strategic Income Mutual Fund | C | Dividend | K | T | Sold (part) | 12/07/10 | J | A | |
| 73. -Dreyfus Internat'l Bond Fund Cl 1 Mutual Fund (see VIII) | C | Dividend | L | T | | | | | |
| 74. -First Eagle Global Class A Mutual Fund | B | Dividend | L | T | | | | | |
| 75. -Oakmark Equity & Income Fd 1 Mutual Fund | A | Dividend | M | T | | | | | |
| 76. -Kinetics Small Cap Opportunies Mutual Fund | A | Dividend | J | T | | | | | |
| 77. -Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 78. -Permanent Portfolio Mutual Fund | A | Dividend | M | T | Buy | 04/16/10 | L | | |
| 79. -Third Avenue Real Estate Value Mutual Fund | A | Dividend | K | T | | | | | |
| 80. -Van Kampen Equity & Income Class C Mutual Fund | A | Dividend | | | Sold | 04/14/10 | K | D | |
| 81. -Vanguard Wellington Mutual Fund | B | Dividend | L | T | Buy (add'l) | 10/08/10 | K | | |
| 82. -Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. FIDELITY INVESTMENTS: | | | | | | | | | |
| 85. -Amgen Inc. Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -The Ben Franklin Fed S&L Ass'n Common Stock | | None | J | T | | | | | |
| 87. -Johnson & Johnson Common Stock | A | Dividend | J | T | Buy | 09/22/10 | J | | |
| 88. -Zimmer Holdings Inc. Common Stock | | None | J | T | | | | | |
| 89. -Fidelity International Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 90. -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 91. -Fidelity Diversified International Mutual Fund | A | Dividend | J | T | | | | | |
| 92. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 93. -Fidelity Small Cap Stock Mutual Fund (See VIII) | | | | | Sold | 12/28/09 | K | D | |
| 94. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 95. -Fidelity Contrafund Mutual Fund (See VIII) | | | | | Sold | 12/28/09 | K | E | |
| 96. -Fidelity Real Estate Investments Mutual Fund | A | Dividend | J | T | | | | | |
| 97. -Fidelity Balanced Mutual Fund (See VIII) | | | | | Sold | 10/21/09 | K | D | |
| 98. -Fidelity Low-Priced Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 99. -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 100. -American Balanced Class C Mutual Fund | A | Dividend | L | T | | | | | |
| 101. -Calamos Growth Fund Class C Mutual Fund | | None | L | T | | | | | |
| 102. -American Growth Fund of America Class C Mutual Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Oakmark Equity & Income Fd 1 Mutual Fund | A | Dividend | M | T | | | | | |
| 104. -Vanguard Wellington Fund Mutual Fund | C | Dividend | M | T | | | | | |
| 105. -Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 106. | | | | | | | | | |
| 107. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 108. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 109. -Fidelity Diversified International Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 110. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 111. -Fidelity Small Cap Stock Mutual Fund | | None | J | T | | | | | |
| 112. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 113. -Fidelity Real Estate Investment Mutual Fund | A | Dividend | J | T | | | | | |
| 114. -Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 115. -Fidelity Strategic Income Mutual Fund | B | Dividend | K | T | | | | | |
| 116. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 117. -Dreyfus Int'l Bond Fund Mutual Fund | B | Dividend | K | T | | | | | |
| 118. -Oakmark Equity & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Bank of America Money Market Fund | A | Interest | M | T | | | | | |
| 121. | | | | | | | | | |
| 122.  Ltd. Partner, Deming & Ass., Roswell, NM (HUD Project) | B | Interest | J | W | | | | | |
| 123.  Ltd. Partner, Deming Apartments, LLC | | None | J | W | | | | | |
| 124. | | | | | | | | | |
| 125.  MassMutual: GP Life at 69 | | None | K | T | | | | | |
| 126. | | | | | | | | | |
| 127.  MassMutual: Whole Life | | None | K | T | | | | | |
| 128. | | | | | | | | | |
| 129.  CBSS, LLC | | None | K | U | | | | | |
| 130. | | | | | | | | | |
| 131.  TRUST #1 (Fidelity): | | | | | | | | | |
| 132.  -Fidelity Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 133.  -Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 134.  -Fidelity Contrafund Mutual Fund | A | Dividend | J | T | | | | | |
| 135.  -Fidelity Dividend Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 136.  -Fidelity Export & Multint'l Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 138.  -Fidelity Int'l Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 139.  -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 140.  -Fidelity Small Cap Stock Mutual Fund | | None | J | T | | | | | |
| 141.  -Fidelity Total Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 142.  -Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 143. | | | | | | | | | |
| 144.  Trust #1, Sutter County, CA | A | Distribution | L | W | Distributed (part) | 02/22/10 | M | | |
| 145. | | | | | | | | | |
| 146.  Trust #2 (X)(See VIII): | | None | L | W | Distributed (part) | 05/04/10 | M | | |
| 147. | | | | | | | | | |
| 148.  WELLS FARGO (X): | | | | | | | | | |
| 149.  -American Balanced Fund Mutual Fund | A | Dividend | K | T | Buy | 05/05/10 | K | | |
| 150.  -Capital Income Builder Mutual Fund | A | Dividend | K | T | Buy | 05/05/10 | K | | |
| 151.  -Income Fund of America Mutual Fund | A | Dividend | K | T | Buy | 05/05/10 | K | | |
| 152.  -Investment Company of American Mutual Fund | A | Dividend | K | T | Buy | 05/05/10 | K | | |
| 153.  -Cash | A | Int./Div. | K | T | Buy | 05/05/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 8, Line 73: Dreyfus Internat'l Bond Fund Cl 1 Mutual Fund should have been listed last year but was inadvertently omitted.

Page 9, Line 93: Fidelity Small Cap Stock Mutual Fund should have been listed as sold on 12-28-09 but was listed in error as an asset.

Page 9, Line 95: Fidelity Contrafund Mutual Fund should have been listed as sold on 12-28-09 but was listed in error as an asset.

Page 9, Line 97: Fidelity Balance Mutual Fund should have been listed as sold on 10-21-09 but was listed in error as an asset.

Page 12, Line 146: Trust #2 should have been listed previously but was inadvertently omitted. The trust made a distribution in 2010, which resulted in the creation of the Wells Fargo account at Page 12, Line 148. The trust will be closed during 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert H. Whaley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544